1 DANIEL J. BRODERICK, #89424
Federal Defender
2 MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
3 Designated Counsel for Service
2300 Tulare Street, Suite 330
4 Fresno, California 93721-2226
Telephone: (559) 487-5561
5
Attorney for Defendant
6 JOSE EDUARDO SALINAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:06-MJ-00106 DLB |
| Plaintiff, | APPLICATION FOR ORDER EXONERATING PROPERTY BOND; ORDER |
| v. | |
| JOSE EDUARDO SALINAS, | Magistrate Judge : Hon. Dennis L. Beck |
| Defendant. | |

Defendant, JOSE EDUARDO SALINAS, through counsel, Melody M. Walcott, Assistant Federal Defender, hereby moves the court for an order exonerating bond and for reconveyance of real property in the above-captioned case.

On April 24, 2006, defendant JOSE EDUARDO SALINAS made an initial appearance in the above-captioned case for arraignment on the Indictment. A detention hearing was held April 24, 2006, at which time defendant was ordered released on Pretrial Services conditions ($100,000 property bond and other conditions). Until such time that the property bond was posted, defendant was ordered to be transported to the Southern District of Texas. On April 25, 2006 JOSE EDUARDO SALINAS was committed to the USDC Southern District of Texas. On May 1, 2006, a Deed of Trust was posted as to JOSE EDUARDO SALINAS by Exiquio and San Juanita Iribe, receipt number 101 8845, recorder number 2006-0088298 (Dkt. #12).

1. On April 28, 2006, defendant, JOSE EDUARDO SALINAS, was ordered released (Dkt. #11).

2. JOSE EDUARDO SALINAS received a sentence of 1,001 days (time served) from the Honorable Randy Crane of the District Court for the Southern District of Texas. (Copy of judgment attached and incorporated herein by reference). It is respectfully requested that bond be exonerated and title to the real property reconveyed.

Dated: March 12, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Melody M. Walcott
MELODY M. WALCOTT
Assistant Federal Defender
Attorney for Defendant
JOSE EDUARDO SALINAS

## **O R D E R**

**IT IS HEREBY ORDERED** that the property bond in the above-captioned case be exonerated and title to the real property securing said bond be immediately reconveyed to the property owner.

IT IS SO ORDERED.

Dated: **March 17, 2009**          /s/ Dennis L. Beck
                                   UNITED STATES MAGISTRATE JUDGE